STATE of Missouri, Respondent,

v.

Carrie A. JACKSON, Appellant.

No. WD 71686.

Missouri Court of Appeals, Western District.

Jan. 24, 2012.

Laura G. Martin, for Appellant.

Robert J. Bartholomew, for Respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

## ORDER

PER CURIAM:

Appellant Carrie A. Jackson appeals from her convictions of one count voluntary manslaughter, § 565.023, and one count armed criminal action, § 571.015. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).